# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

TRAVIS SENTELL DAVIS                                    CIVIL ACTION

VERSUS

VICTOR WOODS, ET AL.                              NO. 20-00341-BAJ-EWD

## RULING AND ORDER

Before the Court is Plaintiff's Complaint, as amended. (Doc. 10). The Magistrate Judge has issued a **Report and Recommendation (Doc. 12)**, recommending that the Court dismiss Plaintiff's federal claims against the State of Louisiana and Victor Woods as legally frivolous and for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A. The Magistrate Judge further recommended that the Court decline the exercise of supplemental jurisdiction over Plaintiff's potential state law claims. The Report and Recommendation is unopposed.

Having carefully considered the underlying Complaint and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's federal claims against the State of Louisiana and Victor Woods are **DISMISSED WITH PREJUDICE** as legally frivolous and for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over any state law claims.

A separate judgment will be issued.

Baton Rouge, Louisiana, this _25th_ day of June, 2021

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**